UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE PERKINS,

    Petitioner,

v.

MILLICENT WARREN,

    Respondent.
_____/

CASE NO.: 05-CV-72891-DT
HONORABLE PATRICK J. DUGGAN

## **JUDGMENT**

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Opinion and Order issued on this date, the Court denied Petitioner's request.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Dated: February 14, 2008
Copies to:

Eddie Perkins, #366880
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, MI  48446

Brad H. Beaver, Esq.